George A. Carmichael and Columbus Carmichael, partners as G. A. Carmichael & Son, Plaintiffs in Error, vs. Poughkeepsie Glass Works, a corporation under the laws of the State of New York, Defendant in Error.

Writ of error to Circuit Court, Marion county; William A. Hocker, Judge.

Albert Wright and J. H. Hill, for Plaintiffs in Error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiffs, and the defendants take writ of error. The judgment is affirmed.

Decision Per Curiam.